**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tadd E Gilleo                                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-11424

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER and index same on the master mailing list.

Respectfully submitted,

/s/ *Mark A. Cronin*
Mark Cronin
30 May 2023, 12:01:39, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322