# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                   Chapter 13

TADD E GILLEO                                Bankruptcy No. 23-11424-AMC

15 DOGWOOD DRIVE

LEVITTOWN, PA 19055

Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    TADD E GILLEO

    15 DOGWOOD DRIVE

    LEVITTOWN, PA 19055

**Counsel for debtor(s), by electronic notice only.**
    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 8/8/2023                                                                               /s/ Kenneth E. West

                                                                               _____
                                                                               Kenneth E. West, Esquire
                                                                               Chapter 13 Standing Trustee