# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tadd E Gilleo<br>　　　　　　　　Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR.<br>COOPER, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs.<br>Tadd E Gilleo<br>　　　　　　　　Debtor(s)<br><br>KENNETH E. WEST ESQUIRE<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 23-11424 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, which was filed with the Court on or about **June 29, 2023 as Docket Number 12**.

Dated: August 15, 2023

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Mark A. Cronin
　　　　　　　　　　　　　　　　　　Mark A. Cronin, Esq.
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　mcronin@kmllawgroup.com