IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Tadd E Gilleo | : | Chapter 13 |
| | : | Case No.: 23-11424-AMC |
| Debtors | : | |

### O R D E R

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation, and after notice and an opportunity to be heard, it is hereby:

ORDERED that the Chapter 13 Plan may be modified.

BY THE COURT:

Dated: March 19, 2024

HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE