IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|     Tadd E. Gilleo | : | Chapter 13 |
| | : | |
|     Debtor | : | Case No.: 23-11424-amc |

## SUGGESTION OF DEATH

Brad J. Sadek, on behalf of the above-captioned debtor, hereby submits this Suggestion of Death for Debtor, Tadd E. Gilleo, who passed away September 11, 2024.

Dated: October 1, 2024    /s /Brad J. Sadek
    Brad J. Sadek, Esq.
    Attorney for Debtor